LAWRENCE W. BAFF et al., Trading as DOG FOOD PRODUCTS COMPANY, Appellants, *v.* DOG AND CAT FOOD PRODUCTS, INC., Respondent.

Argued April 22, 1941; decided May 22, 1941.

*Samuel D. Pressman* for appellants.

*Julius Silver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.